

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROGER EUGENE GRESHAM,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS,<br><br>    Respondent. | No. CV 07-4548 DDP (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice for lack of subject matter jurisdiction.

DATED: FEB 1 2 2009

DEAN D. PREGERSON
United States District Judge