FEB 12 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROGER EUGENE GRESHAM, | No. CV 07-4548 DDP (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| LINDA SANDERS, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: FEB 12 2009

DEAN D. PREGERSON
United States District Judge